No. 25-5416

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

MCKEE FOODS CORP.,

*Plaintiff-Appellee,*

v.

BFP INC., ET AL.,

*Defendants-Appellants.*

On appeal from the United States District Court
for the Eastern District of Tennessee
No. 3:21-cv-279

**Commissioner Lawrence's Unopposed Motion
to Extend the Opening Brief Deadline**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Sixth Circuit Rule 26(a), Commissioner Lawrence respectfully requests a thirty-day extension of the opening brief deadline set by the Court's May 20, 2025, Scheduling Letter, *see* D.14, with additional briefing to proceed thereafter in accordance with Fed. R. App. P. 31(a).

Under the current filing schedule, Commissioner Lawrence must file his opening brief on or before **June 30, 2025**. The Commissioner's lead appellate counsel, who is new to this case, requires additional time to familiarize himself with the extensive summary judgment record while

meeting deadlines and fulfilling obligations in other complex matters, most notably *AbbVie, Inc. v. Skrmetti*, No. 3:25-cv-519 (M.D. Tenn.) (filed May 6, 2025) and *PhRMA v. Skrmetti*, No. 3:25-cv-582 (M.D. Tenn.) (filed May 22, 2024). Commissioner Lawrence's counsel must also coordinate with other state officials and clear levels of review within the Attorney General's Office. For these reasons, an extension of the opening brief deadline to **July 30, 2025**, would materially assist Commissioner Lawrence in preparing a well-drafted brief for the Court.

Neither party has previously sought an extension in this appeal, and counsel for Appellee McKee Foods, Inc. does not oppose this motion.

| | |
|---|---|
| Dated: June 2, 2025 | Respectfully Submitted, |
| Jonathan Skrmetti<br>  *Attorney General & Reporter* | */s/ Gabriel Krimm*<br>Gabriel Krimm<br>  *Senior Assistant Solicitor General* |
| J. Matthew Rice<br>  *Solicitor General* | State of Tennessee<br>Office of the Attorney General<br>P.O. Box 20207 |
| Michael N. Wennerlund<br>  *Assistant Attorney General* | Nashville, TN 37202<br>Gabriel.Krimm@ag.tn.gov<br>(615) 532-5596<br>  *Counsel for the Commissioner of*<br>  *the Tennessee Department of*<br>  *Commerce and Insurance* |

# CERTIFICATE OF COMPLIANCE

This motion complies with the Court's type-volume limitations because it contains 196 words, excluding portions omitted from the Court's required word count.

This motion complies with the Court's typeface requirements because it has been prepared in Microsoft Word using fourteen-point Century Schoolbook font.

*/s/ Gabriel Krimm*
Gabriel Krimm

## CERTIFICATE OF SERVICE

On June 2, 2025, I filed an electronic copy of this brief with the Clerk of the Sixth Circuit using the CM/ECF system. That system sends a Notice of Docket Activity to all registered attorneys in this case. Under 6 Cir. R. 25(f)(1)(A), "[t]his constitutes service on them and no other service is necessary."

*/s/ Gabriel Krimm*
Gabriel Krimm